WARREN A. NIXON, PROSECUTOR–APPELLANT, v. BOROUGH OF MATAWAN, DEFENDANT-RESPONDENT.

Argued February 14, 1949—Decided February 21, 1949.

*Mr. John A. Laird* argued the cause for the prosecutor-appellant (*Mr. David Roskein,* attorney).

*Mr. Isidor Kalisch* argued the cause for the defendant-respondent *Messrs. Kalisch & Kalisch,* attorneys).

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Mr. Justice Bodine in the former Supreme Court.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, OLIPHANT, BURLING, and ACKERSON—5.

*For reversal:* None.